**Motion granted and Order filed October 14, 2021**



In The

# Fourteenth Court of Appeals

———————

NO. 14-21-00220-CV
———————

**LUXEYARD, INC., Appellant**

**V.**

**ROBERT KLINEK, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-54501**

## ORDER

On September 27, 2021, appellant LuxeYard, Inc. filed a motion to strike appellee Robert Klinik's surreply brief. The motion is **GRANTED**. Appellee's surreply brief filed September 23, 2021 is hereby **STRICKEN**.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Hassan.